Jonathan D. GRINE

v.

**COUNTY OF CENTRE, the McShane Firm, LLC and Theodore C. Tanski**

Petition of: County of Centre

**Kelley Gillette-Walker**

v.

County of Centre, Shubin Law Office, P.C., and Sean P. McGraw

Petition of: County of Centre

**No. 333 MAL 2016**
**No. 334 MAL 2016**

Supreme Court of Pennsylvania.

September 13, 2016

## ORDER

PER CURIAM

AND NOW, this 13th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.